IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LEVON VICTOR BELL,

   Plaintiff,

    v.

STATE BOARD OF PARDONS AND
PAROLE, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-3919-TWT

ORDER

This is a pro se civil rights action by a state prisoner. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action as frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 17 day of January, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Bell\11cv3919\r&r.wpd